FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2009

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09 - MJ -0034-Duty |
| Plaintiff, | ) ) | ORDER ~~{~~OF DETENTION~~}~~ ~~[SETTING CONDITIONS OF RELEASE]~~ AFTER HEARING |
| v. | ) ) | (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| Darron Keith Sapp, | ) ) | |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Williams of the District of Maryland.

B.

The court finds there is

(1)

    (A)  ( )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)  Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)

    (A)  (X)  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( )  The person is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1)(A)

(3)      ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

<u>or</u>

(4)      ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

          ( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

<u>or</u>

C.

( )   IT IS ORDERED defendant be detained prior to trial.

DATED:

January 8, 2009

_____
U.S. MAGISTRATE/DISTRICT JUDGE